AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

LOCAL 25 S.E.I.U. WELFARE FUND,
LOCAL 25 S.E.I.U. & PARTICIPATING
EMPLOYERS PENSION TRUST,
           Plaintiffs,

v.

IQC CORPORATION, an Ohio Corporation,
           Defendant.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 08CV3753

ASSIGNED JUDGE: JUDGE NORGLE

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE NOLAN

TO: (Name and address of Defendant)

    IQC CORPORATION, an Ohio Corporation
    c/o: James B. Thomas, Registered Agent
        341 Branford
        Richmond Hts., Ohio 44143

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    ROBERT B. GREENBERG, ESQ.
    ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.
    200 West Jackson Boulevard
    Suite 1900
    Chicago, Illinois 60606
    (312) 263-1500

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK



July 1, 2008

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 7-11-2008 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Robert B. Greenburg | Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served James B. Thomas III President of IQG Corporation personally at 200 W. Jackson Blvd, Suite 1900, Chicago, Illinois 60606

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7-11-2008
         Date

Signature of Server

Address of Server
200 W. Jackson Blvd
Chicago, IL 60606 Suite 1900

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.